IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW 3:03CR209-9 |
| | ) | (Financial Litigation Unit) |
| RAYMOND F. MASSEY, JR. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STAFFING SOLUTIONS SOUTHEAST, INC. | ) | |
| c/o TALX/U C EXPRESS, | ) | |
| | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to STAFFING SOLUTIONS SOUTHEAST, INC. c/o TALX/U C EXPRESS, filed in his case on July 28, 2010, against the defendant Raymond F. Massey, Jr. is **DISMISSED**.

Signed: September 22, 2010

David C. Keesler
United States Magistrate Judge